IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Candice Wilhelm, on behalf of herself and all others similarly situated, ) ) ) | Case No. 23-cv-16894 |
| Plaintiff, ) ) | |
| -vs- ) ) | **NOTICE OF DISMISSAL** |
| Moonpay USA, LLC ) ) | |
| Defendant. ) | |

Now comes Plaintiff, through Counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), and hereby notifies the Court and all interested parties of the dismissal of this matter with prejudice.

Respectfully submitted this 22nd day of March, 2024

By: */s/ Michael L. Fradin*
Michael L. Fradin, Esq.
8 N. Court St. Suite 403
Athens, Ohio 45701
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

By: */s/ James L. Simon*
James L. Simon (*pro hac vice* forthcoming)
Simon Law Co.
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
Telephone: (216) 816-8696
Email: james@simonsayspay.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the forgoing was served upon all necessary parties on this 22nd day of March, 2024

/s/ *Michael L. Fradin*